1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Gerald Tarr

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | GERALD TARR,                          ) Case No.: CV 13-2799 SH
                                          )
12 |        Plaintiff,                    ) ORDER AWARDING EQUAL
                                          ) ACCESS TO JUSTICE ACT
13 |   vs.                                ) ATTORNEY FEES AND EXPENSES
                                          ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN, Acting            ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,     ) U.S.C. § 1920
15                                        )
            Defendant                     )
16                                        )
                                          )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $2,400.00, as

21 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22 DATE: March 17, 2014

23      _____

24      THE HONORABLE STEPHEN J. HILLMAN
        UNITED STATES MAGISTRATE JUDGE
25

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Young Cho*
  | _____
4 | Young Cho
  | Attorney for plaintiff Gerald Tarr

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26